

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 2-10-039-CV

ESTATE OF DAVID LEE CARPENTER, SR.,
DECEASED

------------

FROM PROBATE COURT NO. 1 OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1]

------------

Appellant Bob J. Shelton filed a notice of appeal from a January 12, 2010 order denying his Motion For Reconsideration of Sanctions. It appears that the trial court has not signed a final judgment or appealable interlocutory order. On March 2, 2010, we notified Appellant that unless he or any other party desiring to continue the appeal filed a response by March 12, 2010, showing grounds for continuing the appeal, we would dismiss the appeal. No response has been filed.

A party may appeal only from a final judgment or an interlocutory order specifically made appealable by statute or rule. *Lehmann v. Har-Con Corp.*, 39

---

[1] *See* Tex. R. App. P. 47.4.

S.W.3d 191, 195 & n.12 (Tex. 2001); *see*, *e.g.*, Tex. Civ. Prac. & Rem. Code Ann. § 51.014(a) (Vernon 2008) (listing appealable interlocutory orders). Because the trial court has not signed a final judgment or appealable interlocutory order, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

PER CURIAM

PANEL:  GARDNER, WALKER, and MCCOY, JJ.

DELIVERED:  April 22, 2010